**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CAROL H. THOMAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 1:18-cv-01547-SDG** |
| | § | |
| **GLOBAL LENDING SERVICES, LLC,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, Carol H. Thomas, and Defendant, Global Lending Services, LLC, by and through the undersigned, hereby submit this Joint Notice of Pending Settlement and state that the Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

_/s/ Carol H. Thomas_ ___
Carol H. Thomas
Pro Se Plaintiff
8307 Wesley Providence Pkwy
Lithonia, GA 30038
Telephone: (678) 4461
Facsimile:
Email:

**Pro Se Plaintiff**

_/s/ Kirsten H. Smith_ _____
Kirsten H. Smith (#702220)
Sessions Fishman Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 846-7943
Facsimile: (504) 828-3737
Email:  ksmith@sessions.legal

**Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Georgia and served via CM/ECF and E-mail upon the following:

Carol H. Thomas
8307 Wesley Providence
Lithonia, GA 30038
Telephone: (678) 772-4461
Email: carolthomas644@gmail.com

*/s/ Kirsten H. Smith*
Kirsten H. Smith

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfied the font size requirements of this Court.

*/s/ Kirsten H. Smith*
Kirsten H. Smith