IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL H. THOMAS,<br><br>       Plaintiff,<br><br>v.<br><br>GLOBAL LENDING SERVICES, LLC,<br><br>       Defendant. | Case No. 1:18-cv-01547-SDG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Carol H. Thomas, and Defendant, Global Lending Services, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Carol H. Thomas
Carol H. Thomas
Pro Se Plaintiff
8307 Wesley Providence Pkwy
Lithonia, GA 30038
Telephone: (678) 4461
Facsimile:
Email:
***Pro Se Plaintiff***

/s/ Kirsten H. Smith
Kirsten H. Smith (#702220)
Sessions Fishman Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 846-7943
Facsimile: (504) 828-3737
Email: ksmith@sessions.legal
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Georgia and served via CM/ECF and E-mail upon the following:

Carol H. Thomas
8307 Wesley Providence
Lithonia, GA 30038
Telephone: (678) 772-4461
Email: carolthomas644@gmail.com

                                       */s/ Kirsten H. Smith*
                                       Kirsten H. Smith

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfied the font size requirements of this Court.

                                       */s/ Kirsten H. Smith*
                                       Kirsten H. Smith