IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL H. THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>GLOBAL LENDING SERVICES, LLC,<br><br>   Defendant. | Case No. 1:18-cv-01547-SDG |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Carol H. Thomas, and Defendant, Global Lending Services, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this the 20th day of August.

Honorable Steven D. Grimberg
U.S. District Court Judge